**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-10119
Summary Calendar

Edward S. Ledesma,

Plaintiff-Appellant,

VERSUS

AAA Small Car World,

Defendant-Appellee.

Appeal from the United States District Court
For the Northern District of Texas
4:96-CV-789-Y

November 24, 1997

Before DUHE', DEMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The appellant seeks to appeal an interlocutory order of the district court dismissing a portion of his complaint. The order appealed from is not a final order pursuant to 28 U.S.C. §1291 and is not otherwise appealable under 28 U.S.C. §1292. Therefore, this court lacks jurisdiction to consider this appeal. It is hereby ordered that this appeal is DISMISSED for lack of jurisdiction.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.